# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-CR-00051-1 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| JUAN ANTHONY ROBLES, | : | |
| Defendant. | : | |

## ORDER APPOINTING CJA TRAINING PANEL ATTORNEY

Pursuant to the Criminal Justice Act (CJA) Training Panel Program, Brandon Fox, Esq. is hereby appointed as a Training Panel attorney in this case. The Training Panel Attorney will serve in a second chair capacity and assist the CJA Lead Attorney who has been previously appointed in this case.

**IT IS SO ORDERED**.

August 9, 2024

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge