UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CASE NO. **3:24CR051** |
| | ) | |
| Plaintiff, | ) | **JUDGE MICHAEL J. NEWMAN** |
| | ) | |
| v. | | <u>**PROTECTIVE ORDER**</u> |

**JUAN ANTHONY ROBLES, (1)**
**aka "Juan the Man"**

**JOEY ALLAN MARSHALL, (2)**
**aka "King Joe" aka "Diesel"**

**JARED TYLER PETERS, (3)**
**aka "Savage"**

**BRANDON WHYLEE FISHER, (4)**
**aka "Road Runner"**

**JOHN ALLAN SMITH, (5)**
**aka "Chaos"**

**NORMAN DALE BEACH, (6)**
**aka "Stormin' Norman"**

**MICHAEL SETH HENRY, (7)**
**aka "Brutal"**

**DANIEL BRIAN HUTTEN, (8)**
**aka "Havok"**

**MICHAEL LEE REESE, (9)**
**aka "Butcher"**

**MATTHEW JOHN HAWKINS, (10)**
**aka "Hawk"**

**JOSEPH MICHAEL RADER, (11)**
**aka "Delta"**

**JUSTIN JAMES BAKER, (12)**
**aka "Wild Boy"**

**CODY DALE HUGHES (13)**
**aka "Tater"**

**BRENT ALLEN EGLESTON (14)**
**aka "Be Easy"**

                              Defendants.

_____

Pursuant to <u>Federal Rule of Criminal Procedure 16(d)(1)</u>, the Court hereby grants the Motion of the United States for entry of a Protective Order, governing the manner in which counsel representing defendants **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES, BRENT ALLEN EGLESTON,** are to handle certain discovery materials produced to them by the United States in the above captioned matter.  Prior to trial, the United States intends to produce, among other things, (1) thirty-five (35) autopsy photographs taken by the Montgomery Co. Coroner's Office as to victim "J.N"; (2) forensic downloads of cellular telephones; and (3) medical records of certain victims and witnesses related to this case, (Items 1 – 3 hereinafter collectively, "the Materials")[1].

_____

[1]When producing these Materials to **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES, BRENT ALLEN EGLESTON** and their respective counsel, the United States will clearly mark them as subject to the Protective Order.

1. Each respective defense counsel for **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON**  will not disclose any information contained in the Materials directly or indirectly to any third person except: related  attorneys, their respective support staff, and investigators who are directly assisting in **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and/or **BRENT ALLEN EGLESTON's** defense; other individuals who the defense may interview as potential witnesses; experts and/or consultants ("Authorized Individuals").  Upon disclosing any of the information contained in the Materials to an Authorized Individual(s), each respective defense counsel and defendants **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON** must provide that Authorized Individual(s) with a copy of the Court's Protective Order and advise said Authorized Individual(s) that he or she will be subject to the same obligations as imposed upon each of the respective defense counsel for **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS,**

**BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON**, by the Protective Order.

2.     Each respective defense counsel, their respective support staff, and investigators shall not copy or reproduce the Materials unless copied or reproduced for the express use by an Authorized Individual(s) who is assisting in the defense, and in that event, said copies or reproductions should be treated in the same manner as the original Materials.

3.     Although each respective defense counsel may permit their respective client, to wit: **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON**, to review the Materials in a pre-trial detention facility[2] or elsewhere under defense counsel's personal observation and supervision, defendants **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON** may not remove from the presence of their respective counsel, or personally retain the Materials, or copies or reproductions thereof, regardless of the format.

---

[2] If applicable.

4.      Each respective defense counsel, **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON** may only use the Materials solely for the preparation and presentation of a legal defense in this case, and for no other purpose.

5.      At the conclusion of this case[3,] each respective defense counsel shall return forthwith all of the Materials and copies or reproductions thereof to the United States Attorney's Office, or alternatively, provide a written certification to the United States Attorney's Office verifying that said Materials have in-fact been destroyed.

6.      Each defense counsel shall inform their respective clients, to wit: **JUAN ANTHONY ROBLES, JOEY ALLAN MARSHALL, JARED TYLER PETERS, BRANDON WHYLEE FISHER, JOHN ALLAN SMITH, NORMAN DALE BEACH, MICHAEL SETH HENRY, DANIEL BRIAN HUTTEN, MICHAEL LEE REESE, MATTHEW JOHN HAWKINS, JOSEPH MICHAEL RADER, JUSTIN JAMES BAKER, CODY DALE HUGHES** and **BRENT ALLEN EGLESTON**, of the restrictions placed on the Materials and ensure that they do not disclose or use any information contained in the Materials in violation of the Protective Order. However, nothing contained in this Order shall preclude any party from individually approaching the United States Attorney's Office to challenge whether certain material should no longer be covered under this Protective Order, meet and confer to

---

[3]The term "at the conclusion of the case" is defined as *the later* of the following events – completion of all legal proceedings to include: final sentencing following a guilty verdict at trial; final sentencing following a guilty plea; announcement of a not guilty verdict following trial; exhaustion of all direct and/or collateral appellate proceedings; and/or completion of any 28 U.S.C. § 2255 proceeding.

readdress any issues or concerns covered by this Order, and/or alternatively seeking further clarification, modification or other relief from the Court through the filing of a formal motion.

       7.    Upon receipt of this Order, every defense counsel and members of their respective support staff shall execute an acknowledgement of the receipt of this Order and return a signed copy thereof to the United States Attorney's Office prior to release of the Materials by the United States Attorney's Office. In the event any future support staff personnel are added to any defense counsel's team, said defense counsel would be responsible for securing and maintaining a signed acknowledgement from that newly added support staff member at his/her law office during the pendency of this matter.

_____
DATE

_____
JUDGE MICHAEL J. NEWMAN
UNITED STATES DISTRICT COURT

_____
Defense Counsel

_____
Date

_____
Defense Counsel

_____
Date

_____
Defense Counsel Support Staff Member

_____
Date

_____
Defense Counsel Support Staff Member

_____
Date

_____
Defense Counsel Support Staff Member

_____
Date

_____
Defense Counsel Support Staff Member

_____
Date

readdress any issues or concerns covered by this Order, and/or alternatively seeking further clarification, modification or other relief from the Court through the filing of a formal motion.

7.    Upon receipt of this Order, every defense counsel and members of their respective support staff shall execute an acknowledgement of the receipt of this Order and return a signed copy thereof to the United States Attorney's Office prior to release of the Materials by the United States Attorney's Office. In the event any future support staff personnel are added to any defense counsel's team, said defense counsel would be responsible for securing and maintaining a signed acknowledgement from that newly added support staff member at his/her law office during the pendency of this matter.

Having been advised by counsel that there are no objections to the proposed Protective Order, the Court approves this Protective Order.

9/6/24

s/*Michael J. Newman*
JUDGE MICHAEL J. NEWMAN
UNITED STATES DISTRICT COURT

_____          _____
Defense Counsel                              Date

_____          _____
Defense Counsel                              Date

_____          _____
Defense Counsel Support Staff Member   Date

_____          _____
Defense Counsel Support Staff Member   Date

_____          _____
Defense Counsel Support Staff Member   Date

_____          _____
Defense Counsel Support Staff Member   Date