UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:24-cr-51(1)

vs.

JUAN ANTHONY ROBLES,              District Judge Michael J. Newman

    Defendant.

---

**ORDER GRANTING, WITHOUT PREJUDICE TO RENEWAL, DEFENDANT'S MOTION TO WITHDRAW MOTION TO REMOVE ADMINSTRATIVE SEGREGATION (Doc. No. 191)**

---

The Court **GRANTS**, without prejudice to renewal, Defendant Juan Robles's motion to withdraw his motion to remove administrative segregation. Doc. No. 191.

**IT IS SO ORDERED.**

October 2, 2024                                      s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge