UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                      Case No. 3:24-cr-51

vs.

JUAN ANTHONY ROBLES, *et al.*,      District Judge Michael J. Newman
                                     Magistrate Judge Caroline H. Gentry

     Defendants.

---

## ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY APRIL 8, 2025

---

The parties requested to file a joint status report in 60 days to set the final pretrial conference and trial date. Doc. No. 257. Accordingly, the Court **ORDERS** the parties to file by **April 8, 2025** a joint status report providing: (1) an update on discovery; (2) at least three date options for the final pretrial conference and trial; and (3) their updated calculation of the Speedy Trial Act deadline.

**IT IS SO ORDERED.**

  February 10, 2025                 s/*Michael J. Newman*
                                 Hon. Michael J. Newman
                                 United States District Judge