UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JUAN ANTHONY ROBLES,

      Defendant.

Case No. 3:24-cr-51-1

District Judge Michael J. Newman

---

**ORDER: (1) EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS POST-HEARING MEMORANDUM TO FEBRUARY 18, 2026 AT 5:00 P.M.; (2) SETTING THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE, IF ANY, TO DEFENDANT'S POST-HEARING MEMORANDUM FOR FEBRUARY 24, 2026; AND (3) CONFIRMING THE SENTENCING HEARING REMAINS SET FOR MARCH 11, 2026 AT 10:00 A.M.**

---

On January 13, 2026, the Court held a hearing on Defendant's objections to the final Presentence Investigation Report. At the conclusion of the hearing, counsel for the parties agreed to simultaneously file, on February 5, 2026, post-hearing memoranda. The Court thereafter granted the Government's motion to extend the filing deadline to February 10, 2026. Doc. No. 425. Defendant timely filed his post-hearing memorandum, but the Government has not filed a post-hearing memorandum.

In the interest of justice, the Court **EXTENDS** the Government's deadline to **FILE** its post-hearing memorandum to **February 18, 2026 at 5:00 p.m**. If the Government files a post-hearing memorandum, Defendant's response, if any, is **due by February 24, 2026**.

The sentencing hearing set for **March 11, 2026 at 10:00 a.m.** is **CONFIRMED**. However, any further delay in post-hearing briefing may warrant a continuation of the sentencing hearing.

2

**IT IS SO ORDERED.**

February 17, 2026                    s/*Michael J. Newman*
                                     Hon. Michael J. Newman
                                     United States District Judge